JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REBECCA K. BRADFORD (a.k.a REBECCA K. JOHNSON-MOSHER, a.k.a. BECKAA BRADFORD, a.k.a. BECKAA JOHNSON-MOSHER) an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PRECISION DYNAMICS CORPORATION, a California Corporation, WALTER W. MOSHER, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 06-08204 DDP (CTx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court, on July 21, 2008, Hon. Dean D. Pregerson, District Judge Presiding, on a Motion for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard and a decision and order having been duly rendered,

/ / /

/ / /

/ / /

/ / /

/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
2  action be dismissed on the merits and that defendant PRECISION DYNAMICS
3  CORPORATION recover its costs.

4

5

6

7  DATED: August 06, 2008

_____
HONORABLE DEAN D. PREGERSON

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

692959.1 2985.365

2